■ THE PEOPLE OF THE STATE OF NEW YORK v. ANTONIO FUENTES.— Motion for leave to appeal as a poor person dismissed. Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ ANTONIO CALUCCI v. IGNATIUS N. W. OLNINCK.— Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. NOEL BARBOSA.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of FRANCES D. GANNON v. MORRIS A. JACOBS, as Commissioner of Hospitals of the City of New York.— Motion for leave to appeal as a poor person denied without prejudice, however, to a renewal thereof upon a proper affidavit of merits. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of CHARLES E. MORROW v. EMANUEL MORRIS, as Official Court Stenographer of the Court of General Sessions, New York County.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CLARENCE EDWARDS, Also Known as LENNOX J. EDWARDS.— Motion to vacate order of this court, entered on May 29, 1950, denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN ROSS.— Motion for an enlargement of time granted and the time within which the appeal may be perfected is enlarged to the March 1961 Term of this court. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of WILHELMINE P. MEIER, Deceased. JULIA STRATTON, Appellant; LUDWIG MEIER et al., Respondents.— Motion for an enlargement of time and for leave to dispense with printing granted only insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including January 3, 1961, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before January 18, 1961. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ VICTOR S. LEVY v. HOWARD REILLY.— Motion for leave to dispense with printing denied without prejudice, however, to a renewal thereof upon proper papers. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ LOUIS MAZZELLA, Individually and as Assignee of JESSIE MAZZELLA v. AMERICAN HOME CONSTRUCTION COMPANY, INC.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before January 5, 1961, with notice of argument for January 17, 1961, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated November 17, 1960, is continued, pending the hearing and determination of the appeal. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FREDDIE WILLIAMS.— Motion for leave to appeal as a poor person denied on the ground that the notice of appeal was not timely filed as required by section 521 of the Code of Criminal Procedure. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.